UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUPP CYBERSECURITY, LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SYMANTEC CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 3:19-cv-00298-WHO<br><br>**ORDER GRANTING UNOPPOSED MOTION TO TRANSFER AND TRANSFERRING CASE**<br><br>Re: Dkt. No. 123 |

The plaintiffs filed an unopposed motion to transfer this case to the District of Delaware. [Dkt. No. 123]. Prior and subsequent filings confirm that this motion is unopposed. [Dkt. Nos. 121, 124]. Having considered the motion and attachments, I agree that transfer is appropriate. The motion is GRANTED. The Clerk shall transfer this case to the United States District Court for the District of Delaware and close this court's file.

**IT IS SO ORDERED.**

Dated: February 13, 2024



William H. Orrick
United States District Judge