CLOSED,PRVADR,TRANSF

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:19–cv–00298–WHO

| | |
|---|---|
| CUPP Cybersecurity LLC et al v. Symantec Corporation | Date Filed: 01/17/2019 |
| Assigned to: Judge William H. Orrick | Date Terminated: 02/13/2024 |
| Case in other court:  Texas Northern, 3:18–cv–01554 | Jury Demand: Plaintiff |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **CUPP Cybersecurity, LLC**<br>*a Delaware Limited Liability Company* | represented by | **Mark C Nelson**<br>Barnes & Thornburg LLP<br>2121 N. Pearl Street<br>Suite 700<br>Dallas, TX 75201–2469<br>214–258–4140<br>Fax: 214–258–4199<br>Email: mark.nelson@btlaw.com<br>*TERMINATED: 02/20/2019*<br>*LEAD ATTORNEY* |
| | | **Paul J. Andre**<br>Kramer Levin Naftalis & Frankel LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>(650) 752–1710<br>Fax: (650) 752–1800<br>Email: pandre@kramerlevin.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Paul Joseph Andre**<br>Kramer Levin Naftalis & Frankel LLP<br>990 Marsh Road<br>Menlo Park, CA 94025<br>650–752–1700<br>Fax: 650–752–1800<br>Email: pandre@kramerlevin.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Austin W Manes**<br>Kramer Levin Naftalis & Frankel LLP<br>333 Twin Dolphin Drive<br>Suite 700<br>Redwood Shores, CA 94065<br>650–752–1718<br>Email: svdocketing@kramerlevin.com *(Inactive)*<br>*ATTORNEY TO BE NOTICED* |

**James R. Hannah**
Kramer Levin Naftalis & Frankel LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
(650) 752–1712
Email: jhannah@kramerlevin.com
*ATTORNEY TO BE NOTICED*

**Kristopher B Kastens**
Kramer Levin Naftalis & Frankel LLP
333 Twin Dolph Drive
Suite 700
Redwood Shores, CA 94065
650–752–1700
Fax: 650–752–1800
Email: kkastens@kramerlevin.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristopher Benjamin Kastens**
Kramer Levin Naftalis & Frankel LLP
333 Twin Dolphin Drive
Suite 700
Redwood Shores, CA 94065
650–752–1700
Email: kkastens@kramerlevin.com
*ATTORNEY TO BE NOTICED*

**Lisa Kobialka**
Kramer Levin Naftalis & Frankel LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
(650) 752–1711
Fax: (650) 752–1800
Email: lkobialka@kramerlevin.com
*ATTORNEY TO BE NOTICED*

**Mark Christopher Nelson**
Barnes & Thornburg LLP
2121 N. Pearl Street
Suite 700
Dallas, TX 75201–2469
214/258–4140
Fax: 214/258–4199
Email: mark.nelson@btlaw.com
*TERMINATED: 02/20/2019*

**Phuong Diem Nguyen**
Kramer Levin Naftalis and Frankel LLP
990 Marsh Road
Menlo Park, CA 94025
650–752–1733
Email: snguyen@kramerlevin.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **CUPP Computing AS** | represented by | **Mark C Nelson** |
| *a Norwegian Corporation* | | (See above for address) |
| | | *TERMINATED: 02/20/2019* |
| | | *LEAD ATTORNEY* |

**Paul J. Andre**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Joseph Andre**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Austin W Manes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James R. Hannah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristopher B Kastens**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristopher Benjamin Kastens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Kobialka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Christopher Nelson**
(See above for address)
*TERMINATED: 02/20/2019*

**Phuong Diem Nguyen**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Symantec Corporation** | represented by | **Stefani Elise Shanberg** |
| *a Delaware Corporation* | | Perkins Coie LLP |
| | | 505 Howard Street, Suite 1000 |

San Francisco, CA 94105
(415) 344–7000
Fax: (415) 344–7050
Email: SShanberg@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Nelson Hadduck**
Morrison Foerster
425 Market street
san francisco, CA 94105
(415) 268–6312
Fax: 4152687522
Email: alex.hadduck@hklaw.com
*TERMINATED: 01/14/2019*

**Eugene Marder**
Morrison & Foerster LLP
425 Market Street, 32nd Floor
San Francisco, CA 94105
415 268–7000
Fax: 415 268–7522
Email: EMarder@mofo.com
*TERMINATED: 11/26/2018*
*PRO HAC VICE*

**Jerry R Selinger**
Patterson & Sheridan LLP
1700 Pacific Avenue, Suite 2650
Dallas, TX 75201
214–720–2200
Fax: 214–296–0246
Email: jselinger@pattersonsheridan.com
*TERMINATED: 02/03/2019*

**Michael Guo**
Morrison Foerster LLP
425 Market St
San Francisco, CA 94105– 2482
415–268–7000
Fax: 415–268–7522
Email: mguo@mofo.com
*TERMINATED: 03/04/2019*
*PRO HAC VICE*

**Michael A. Jacobs**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105–2482
(415) 268–7455
Fax: (415) 268–7522
Email: mjacobs@mofo.com
*TERMINATED: 12/29/2022*
*PRO HAC VICE*

**Nathaniel Bryan Sabri**
Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
(415) 344–7000
Fax: (415) 344–7050
Email: nsabri@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Robin L. Brewer**
Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
(415) 344–7000
Fax: (415) 344–7050
Email: rbrewer@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Robin Lynn Brewer**
Morrison & Foerster LLP
32nd Floor
425 Market Street
San Francisco, CA 94105
415 268–7000
Fax: 415 268–7522
Email: RBrewer@mofo.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NortonLifeLock Inc.**
*formerly known as*
Symantec Corporation

represented by **Stefani Elise Shanberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A. Jacobs**
(See above for address)
*TERMINATED: 12/29/2022*
*PRO HAC VICE*

**Nathaniel Bryan Sabri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robin L. Brewer**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2018 | Ï 1 | COMPLAINT WITH JURY DEMAND against Symantec Corporation filed by CUPP Cybersecurity LLC, CUPP Computing AS. (Filing fee $400; Receipt number 0539–9254934) Clerk to issue summons(es). In each Notice of Electronic Filing, the judge assignment is indicated, |

and a link to the  Judges Copy Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information – Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5, # 6 Exhibit(s) 6, # 7 Exhibit(s) 7, # 8 Exhibit(s) 8, # 9 Exhibit(s) 9, # 10 Exhibit(s) 10, # 11 Exhibit(s) 11, # 12 Exhibit(s) 12, # 13 Exhibit(s) 13, # 14 Exhibit(s) 14, # 15 Exhibit(s) 15, # 16 Exhibit(s) 16, # 17 Exhibit(s) 17, # 18 Exhibit(s) 18, # 19 Exhibit(s) 19, # 20 Exhibit(s) 20, # 21 Exhibit(s) 21, # 22 Exhibit(s) 22, # 23 Exhibit(s) 23, # 24 Exhibit(s) 24, # 25 Exhibit(s) 25, # 26 Exhibit(s) 26, # 27 Exhibit(s) 27, # 28 Exhibit(s) 28, # 29 Exhibit(s) 29, # 30 Exhibit(s) 30, # 31 Exhibit(s) 31, # 32 Exhibit(s) 32, # 33 Exhibit(s) 33, # 34 Exhibit(s) 34, # 35 Cover Sheet) (Nelson, Mark) (Entered: 06/14/2018)

| 06/14/2018 | Ï 2 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by CUPP Computing AS, CUPP Cybersecurity LLC. (Nelson, Mark) (Entered: 06/14/2018) |
| 06/14/2018 | Ï 3 | New Case Notes: A filing fee has been paid. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Rutherford). Clerk to provide copy to plaintiff if not received electronically. (ndt) (Entered: 06/15/2018) |
| 06/15/2018 | Ï 4 | Summons Issued as to Symantec Corporation. (ndt) (Entered: 06/15/2018) |
| 06/15/2018 | Ï 5 | Report to Patent/Trademark Office of Initiating Document. Form AO 120 e−mailed to notice_of_suit@uspto.gov. (Attachments: # 1 Additional Page(s)) (ndt) (Entered: 06/15/2018) |
| 06/15/2018 | Ï | Judge David C Godbey added pursuant to Special Order 3−287. Senior Judge A. Joe Fish no longer assigned to case. (ewd) (Entered: 06/15/2018) |
| 06/18/2018 | Ï 6 | SUMMONS Returned Executed as to Symantec Corporation ; served on 6/15/2018. (Nelson, Mark) (Entered: 06/18/2018) |
| 06/26/2018 | Ï 7 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $25; Receipt number 0539−9278808) filed by CUPP Computing AS, CUPP Cybersecurity LLC (Attachments: # 1 Proposed Order, # 2 Additional Page(s) Certificate of Good Standing)Attorney James R Hannah added to party CUPP Computing AS(pty:pla), Attorney James R Hannah added to party CUPP Cybersecurity LLC(pty:pla) (Hannah, James) (Entered: 06/26/2018) |
| 06/26/2018 | Ï 8 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $25; Receipt number 0539−9278815) filed by CUPP Computing AS, CUPP Cybersecurity LLC (Attachments: # 1 Proposed Order, # 2 Additional Page(s) Certificate of Good Standing)Attorney Kristopher B Kastens added to party CUPP Computing AS(pty:pla), Attorney Kristopher B Kastens added to party CUPP Cybersecurity LLC(pty:pla) (Kastens, Kristopher) (Entered: 06/26/2018) |
| 06/26/2018 | Ï 9 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $25; Receipt number 0539−9278817) filed by CUPP Computing AS, CUPP Cybersecurity LLC (Attachments: # 1 Proposed Order, # 2 Additional Page(s) Certificate of Good Standing)Attorney Lisa Kobialka added to party CUPP Computing AS(pty:pla), Attorney Lisa Kobialka added to party CUPP Cybersecurity LLC(pty:pla) (Kobialka, Lisa) (Entered: 06/26/2018) |
| 06/26/2018 | Ï 10 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $25; Receipt number 0539−9278819) filed by CUPP Computing AS, CUPP Cybersecurity LLC (Attachments: # 1 Proposed Order, # 2 Additional Page(s) Certificate of Good Standing)Attorney Paul Joseph Andre added to party CUPP Computing AS(pty:pla), Attorney Paul Joseph Andre added to party CUPP Cybersecurity LLC(pty:pla) (Andre, Paul) (Entered: 06/26/2018) |

| 06/28/2018 | Ï 11 | ELECTRONIC ORDER granting 7 Application for Admission Pro Hac Vice of James R. Hannah. If not already done, Applicant must register as an ECF User within 14 days (LR 5.1(f)). (Ordered by Judge David C Godbey on 6/28/2018) (chmb) (Entered: 06/28/2018) |
|---|---|---|
| 06/28/2018 | Ï 12 | ELECTRONIC ORDER granting 8 Application for Admission Pro Hac Vice of Kristopher B. Kastens. If not already done, Applicant must register as an ECF User within 14 days (LR 5.1(f)). (Ordered by Judge David C Godbey on 6/28/2018) (chmb) (Entered: 06/28/2018) |
| 06/28/2018 | Ï 13 | ELECTRONIC ORDER granting 9 Application for Admission Pro Hac Vice of Lisa Kobialka. If not already done, Applicant must register as an ECF User within 14 days (LR 5.1(f)). (Ordered by Judge David C Godbey on 6/28/2018) (chmb) (Entered: 06/28/2018) |
| 06/28/2018 | Ï 14 | ELECTRONIC ORDER granting 10 Application for Admission Pro Hac Vice of Paul J. Andre. If not already done, Applicant must register as an ECF User within 14 days (LR 5.1(f)). (Ordered by Judge David C Godbey on 6/28/2018) (chmb) (Entered: 06/28/2018) |
| 07/05/2018 | Ï 15 | Unopposed MOTION to Extend Time for Defendant Symantec Corp. to Answer or Otherwise Respond to Complaint filed by CUPP Computing AS, CUPP Cybersecurity LLC with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Nelson, Mark) (Entered: 07/05/2018) |
| 07/05/2018 | Ï 16 | NOTICE of Attorney Appearance by Stefani E Shanberg on behalf of Symantec Corporation. (Filer confirms contact info in ECF is current.) (Shanberg, Stefani) (Entered: 07/05/2018) |
| 07/06/2018 | Ï 17 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $25; Receipt number 0539−9298150) filed by CUPP Computing AS, CUPP Cybersecurity LLC (Attachments: # 1 Proposed Order, # 2 Additional Page(s) Certificate of Good Standing)Attorney Austin W Manes added to party CUPP Computing AS(pty:pla), Attorney Austin W Manes added to party CUPP Cybersecurity LLC(pty:pla) (Manes, Austin) (Entered: 07/06/2018) |
| 07/09/2018 | Ï 18 | ELECTRONIC ORDER granting 15 Motion to Extend Time. Defendant's response to the complaint is due August 6, 2018. (Ordered by Judge David C Godbey on 7/9/2018) (chmb) (Entered: 07/09/2018) |
| 07/11/2018 | Ï 19 | NOTICE of Attorney Appearance by Jerry R Selinger on behalf of Symantec Corporation. (Filer confirms contact info in ECF is current.) (Selinger, Jerry) (Entered: 07/11/2018) |
| 07/12/2018 | Ï 20 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $25; Receipt number 0539−9311061) filed by Symantec Corporation (Attachments: # 1 Additional Page(s), # 2 Certificate of Good Standing, # 3 Proposed Order)Attorney Michael A Jacobs added to party Symantec Corporation(pty:dft) (Jacobs, Michael) (Entered: 07/12/2018) |
| 07/12/2018 | Ï 21 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $25; Receipt number 0539−9311115) filed by Symantec Corporation (Attachments: # 1 Certificate of Good Standing, # 2 Proposed Order)Attorney Robin Lynn Brewer added to party Symantec Corporation(pty:dft) (Brewer, Robin) (Entered: 07/12/2018) |
| 07/12/2018 | Ï 22 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $25; Receipt number 0539−9311130) filed by Symantec Corporation (Attachments: # 1 Certificate of Good Standing, # 2 Proposed Order)Attorney Eugene Marder added to party Symantec Corporation(pty:dft) (Marder, Eugene) (Entered: 07/12/2018) |
| 07/12/2018 | Ï 23 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $25; Receipt number 0539−9311136) filed by Symantec Corporation (Attachments: # 1 Certificate of Good Standing, # 2 Proposed Order)Attorney Michael Guo added to party Symantec Corporation(pty:dft) (Guo, Michael) (Entered: 07/12/2018) |
| 07/12/2018 | Ï 24 | |

|  |  | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $25; Receipt number 0539–9312085) filed by Symantec Corporation (Attachments: # 1 Certificate of Good Standing, # 2 Proposed Order)Attorney Alex N Hadduck added to party Symantec Corporation(pty:dft) (Hadduck, Alex) (Entered: 07/12/2018) |
|---|---|---|
| 07/13/2018 | Ï 25 | ELECTRONIC ORDER granting 17 Application for Admission Pro Hac Vice of Austin Manes. If not already done, Applicant must register as an ECF User within 14 days (LR 5.1(f)). (Ordered by Judge David C Godbey on 7/13/2018) (chmb) (Entered: 07/13/2018) |
| 07/13/2018 | Ï 26 | ELECTRONIC ORDER granting 20 Application for Admission Pro Hac Vice of Michael A. Jacobs. If not already done, Applicant must register as an ECF User within 14 days (LR 5.1(f)). (Ordered by Judge David C Godbey on 7/13/2018) (chmb) (Entered: 07/13/2018) |
| 07/13/2018 | Ï 27 | ELECTRONIC ORDER granting 21 Application for Admission Pro Hac Vice of Robin L. Brewer. If not already done, Applicant must register as an ECF User within 14 days (LR 5.1(f)). (Ordered by Judge David C Godbey on 7/13/2018) (chmb) (Entered: 07/13/2018) |
| 07/13/2018 | Ï 28 | ELECTRONIC ORDER granting 22 Application for Admission Pro Hac Vice of Eugene Marder. If not already done, Applicant must register as an ECF User within 14 days (LR 5.1(f)). (Ordered by Judge David C Godbey on 7/13/2018) (chmb) (Entered: 07/13/2018) |
| 07/13/2018 | Ï 29 | ELECTRONIC ORDER granting 23 Application for Admission Pro Hac Vice of Michael J. Guo. If not already done, Applicant must register as an ECF User within 14 days (LR 5.1(f)). (Ordered by Judge David C Godbey on 7/13/2018) (chmb) (Entered: 07/13/2018) |
| 07/13/2018 | Ï 30 | ELECTRONIC ORDER granting 24 Application for Admission Pro Hac Vice of Alex N. Hadduck. If not already done, Applicant must register as an ECF User within 14 days (LR 5.1(f)). (Ordered by Judge David C Godbey on 7/13/2018) (chmb) (Entered: 07/13/2018) |
| 08/06/2018 | Ï 31 | MOTION to Dismiss *for Improper Venue* filed by Symantec Corporation with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Selinger, Jerry) (Entered: 08/06/2018) |
| 08/06/2018 | Ï 32 | Appendix in Support filed by Symantec Corporation re 31 MOTION to Dismiss *for Improper Venue* (Selinger, Jerry) (Entered: 08/06/2018) |
| 08/06/2018 | Ï 33 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Symantec Corporation. (Selinger, Jerry) (Entered: 08/06/2018) |
| 08/27/2018 | Ï 34 | RESPONSE filed by CUPP Computing AS, CUPP Cybersecurity LLC re: 31 MOTION to Dismiss *for Improper Venue* (Nelson, Mark) (Entered: 08/27/2018) |
| 08/27/2018 | Ï 35 | Appendix in Support filed by CUPP Computing AS, CUPP Cybersecurity LLC re 34 Response/Objection *to Defendant's Motion to Dismiss for Improper Venue* (Nelson, Mark) (Entered: 08/27/2018) |
| 09/10/2018 | Ï 36 | REPLY filed by Symantec Corporation re: 31 MOTION to Dismiss *for Improper Venue* (Selinger, Jerry) (Entered: 09/10/2018) |
| 09/10/2018 | Ï 37 | Appendix in Support filed by Symantec Corporation re 36 Reply (Selinger, Jerry) (Entered: 09/10/2018) |
| 09/10/2018 | Ï 38 | MOTION for Leave to File Appendix in Support of Reply [Dkt. 37] filed by Symantec Corporation with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Selinger, Jerry) (Entered: 09/10/2018) |
| 09/11/2018 | Ï 39 | ORDER REASSIGNING CASE. Case reassigned to Chief Judge Barbara M.G. Lynn for all further proceedings. Judge David C Godbey no longer assigned to case. (Ordered by Judge David |

| | | |
|---|---|---|
| | | C Godbey on 9/11/2018) (epm) (Entered: 09/11/2018) |
| 10/03/2018 | Ï 40 | NOTICE of *Barnes & Thornburg LLP Change of Address* filed by CUPP Computing AS, CUPP Cybersecurity LLC (Nelson, Mark) (Entered: 10/03/2018) |
| 10/30/2018 | Ï 41 | NOTICE of *Supplemental Authority Regarding Defendant's Motion to Dismiss for Improper Venue* filed by CUPP Computing AS, CUPP Cybersecurity LLC (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B) (Nelson, Mark) (Entered: 10/30/2018) |
| 11/21/2018 | Ï 42 | Unopposed MOTION to Withdraw as Attorney *(Eugene Marder)* filed by Symantec Corporation (Attachments: # 1 Proposed Order) (Selinger, Jerry) (Entered: 11/21/2018) |
| 11/26/2018 | Ï 43 | ORDER granting 42 Motion to Withdraw as Attorney. Attorney Eugene Marder terminated. (Ordered by Chief Judge Barbara M.G. Lynn on 11/26/2018) (aaa) (Entered: 11/28/2018) |
| 12/21/2018 | Ï 44 | ***VACATED PER 46 ORDER***ORDER granting 38 Motion for Leave to File Appendix in Support of Reply; granting in part and denying in part 31 Motion to Dismiss. The Court finds that the interest of justice is best served by transferring this case to the District of Delaware, where Symantec resides. The Clerk is directed to close this case after transferring it to the District of Delaware. (Ordered by Chief Judge Barbara M.G. Lynn on 12/21/2018) (axm) Modified on 12/28/2018 (ykp). (Entered: 12/26/2018) |
| 12/21/2018 | Ï | Interdistrict Transfer to Delaware; notice sent via email. All documents available electronically. If receiving court cannot upload, documents are available from PACER (record does not contain restricted documents). *Counsel advised to file future documents in Delaware.* (axm) (Entered: 12/26/2018) |
| 12/27/2018 | Ï | Case transferred from NDTX has been opened in the District of Delaware as case number 1:18−cv−02050. (aaa) (Entered: 12/27/2018) |
| 12/27/2018 | Ï 45 | MOTION for Reconsideration re 44 Order on Motion for Leave to File,, Order on Motion to Dismiss, filed by Symantec Corporation with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Selinger, Jerry) (Entered: 12/27/2018) |
| 12/28/2018 | Ï 46 | ORDER: It is ordered that the Court's Order of 12/21/2018 (ECF No. 44 ) is VACATED. Symantec shall file a supplemental brief by 1/4/2019, explaining why transfer to the Northern District of California is "in the interest of justice" and whether the private and public interest factors enunciated in Gulf Oil Co. v. Gilbert, 330 U.S. 501 (1947) support such a transfer. Plaintiffs shall file a response by 1/11/2019. No reply shall be filed. It is further ordered that Symantec's Motion for Reconsideration (ECF No. 45 ) is DENIED as MOOT. It is further ordered that the Clerk of this Court shall reopen this case. (Ordered by Chief Judge Barbara M.G. Lynn on 12/28/2018) (ykp) (Entered: 12/28/2018) |
| 01/04/2019 | Ï 47 | Brief/Memorandum in Support filed by Symantec Corporation re 31 MOTION to Dismiss *for Improper Venue (Supplemental)* (Attachments: # 1 Proposed Order) (Selinger, Jerry) (Entered: 01/04/2019) |
| 01/04/2019 | Ï 48 | Appendix in Support filed by Symantec Corporation re 47 Brief/Memorandum in Support of Motion *(Supplemental Regarding Venue)* (Selinger, Jerry) (Entered: 01/04/2019) |
| 01/09/2019 | Ï 49 | Unopposed MOTION to Withdraw as Attorney *(Alex N. Hadduck)* filed by Symantec Corporation (Attachments: # 1 Proposed Order) (Selinger, Jerry) (Entered: 01/09/2019) |
| 01/11/2019 | Ï 50 | RESPONSE filed by CUPP Computing AS, CUPP Cybersecurity LLC re: 47 Brief/Memorandum in Support of Motion (Nelson, Mark) (Entered: 01/11/2019) |
| 01/11/2019 | Ï 51 | Appendix in Support filed by CUPP Computing AS, CUPP Cybersecurity LLC re 50 Response/Objection *to Defendant's Supplemental Brief Regarding Venue* (Nelson, Mark) |

| | | (Entered: 01/11/2019) |
|---|---|---|
| 01/14/2019 | Ï 52 | ORDER granting 49 Motion to Withdraw as Attorney. Attorney Alex N Hadduck terminated (Ordered by Chief Judge Barbara M.G. Lynn on 1/14/2019) (svc) (Entered: 01/14/2019) |
| 01/16/2019 | Ï 53 | ORDER: Symantec's Motion to Dismiss (ECF No. 31 ) is GRANTED. Venue is improper in the Northern District of Texas, and the case is transferred to the Northern District of California, pursuant to 28 U.S.C. § 1406(a). (Ordered by Chief Judge Barbara M.G. Lynn on 1/16/2019) (mla) (Entered: 01/16/2019) |
| 01/17/2019 | Ï 54 | Case transferred in from District of Texas Northern; Case Number 3:18–cv–01554. Original file certified copy of transfer order and docket sheet received. Modified on 1/22/2019 (fabS, COURT STAFF). (Entered: 01/22/2019) |
| 01/22/2019 | Ï 55 | CLERK'S NOTICE ON REASSIGNMENT. You are noticed that the Court has scheduled an Initial Case Management Conference before Judge Laurel Beeler upon reassignment. For a copy of Judge Laurel Beeler's Standing Order and other information, please refer to the Court's website at www.cand.uscourts.gov.<br><br>Initial Case Management Conference set for 4/25/2019 at 11:00 AM in San Francisco, Courtroom B, 15th Floor. Case Management Statement due by 4/18/2019. *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (ejkS, COURT STAFF) (Filed on 1/22/2019) (Entered: 01/22/2019) |
| 01/22/2019 | Ï 56 | CLERK'S NOTICE Re: Consent or Declination: Plaintiffs/Defendants shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. **Consent/Declination due by 2/5/2019**. (ejkS, COURT STAFF) (Filed on 1/22/2019) (Entered: 01/22/2019) |
| 01/22/2019 | Ï 57 | NOTICE of Pendency of Other Action Involving Same Patent by Symantec Corporation (Shanberg, Stefani) (Filed on 1/22/2019) (Entered: 01/22/2019) |
| 01/30/2019 | Ï 58 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by CUPP Computing AS, CUPP Cybersecurity, LLC.. (Andre, Paul) (Filed on 1/30/2019) (Entered: 01/30/2019) |
| 01/30/2019 | Ï 59 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE–NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (ejkS, COURT STAFF) (Filed on 1/30/2019) (Entered: 01/30/2019) |
| 01/31/2019 | Ï 60 | **ORDER REASSIGNING CASE. Case reassigned to Judge Phyllis J. Hamilton for all further proceedings. Magistrate Judge Laurel Beeler no longer assigned to the case.. Signed by Executive Committee on 1/31/19. (as, COURT STAFF) (Filed on 1/31/2019) (Entered: 01/31/2019)** |
| 01/31/2019 | Ï 61 | **ORDER REASSIGNING CASE. Case reassigned to Judge William H. Orrick for all further proceedings. Judge Phyllis J. Hamilton no longer assigned to the case. This case is assigned** |

| | | |
|---|---|---|
| | | to a judge who participates in the Cameras in the Courtroom Pilot Project. See General Order 65 and http://cand.uscourts.gov/cameras. Signed by Executive Committee on 1/31/19. (Attachments: # 1 Notice of Eligibility for Video Recording)(as, COURT STAFF) (Filed on 1/31/2019) (Entered: 01/31/2019) |
| 02/03/2019 | Ï 62 | NOTICE by Symantec Corporation *of Withdrawal as Counsel of Record for Jerry R. Selinger* (Shanberg, Stefani) (Filed on 2/3/2019) (Entered: 02/03/2019) |
| 02/04/2019 | Ï 63 | **CASE MANAGEMENT CONFERENCE ORDER – Case Management Conference set for 4/23/2019 02:00 PM in San Francisco, Courtroom 02, 17th Floor. Case Management Statement due by 4/16/2019. Signed by Judge William H. Orrick on 02/04/2019. (jmdS, COURT STAFF) (Filed on 2/4/2019) (Entered: 02/04/2019)** |
| 02/13/2019 | Ï 64 | FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT; DEMAND FOR JURY TRIAL; against All Defendants. Filed byCUPP Cybersecurity, LLC, CUPP Computing AS. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37)(Andre, Paul) (Filed on 2/13/2019) Modified on 2/14/2019 (aaaS, COURT STAFF). (Entered: 02/13/2019) |
| 02/20/2019 | Ï 65 | NOTICE by CUPP Computing AS, CUPP Cybersecurity, LLC *of Withdrawal as Counsel of Record* (Nelson, Mark) (Filed on 2/20/2019) (Entered: 02/20/2019) |
| 02/27/2019 | Ï 66 | ANSWER to 64 Amended Complaint; by Symantec Corporation. (Shanberg, Stefani) (Filed on 2/27/2019) Modified on 3/1/2019 (aaaS, COURT STAFF). (Entered: 02/27/2019) |
| 02/27/2019 | Ï 67 | Corporate Disclosure Statement by Symantec Corporation (Shanberg, Stefani) (Filed on 2/27/2019) (Entered: 02/27/2019) |
| 03/04/2019 | Ï 68 | NOTICE by Symantec Corporation *of Withdrawal as Counsel of Record for Michael J. Guo* (Shanberg, Stefani) (Filed on 3/4/2019) (Entered: 03/04/2019) |
| 03/20/2019 | Ï 69 | MOTION to Strike *Defendant Symantec Corp.'s Fifth and Sixth Affirmative Defenses; Memorandum of Points and Authorities* filed by CUPP Cybersecurity, LLC. Motion Hearing set for 4/24/2019 02:00 PM in San Francisco, Courtroom 02, 17th Floor before Judge William H. Orrick. Responses due by 4/3/2019. Replies due by 4/10/2019. (Attachments: # 1 Declaration Declaration of Kristopher Kastens in Support of Plaintiffs CUPP Cybersecurity, LLC and CUPP Computing AS' Notice of Motion and Motion to Strike Defendant Symantec Corp.'s Fifth and Sixth Affirmative Defenses, # 2 Exhibit Exhibit 1 to Kastens Declaration, # 3 Proposed Order Proposed Order)(Andre, Paul) (Filed on 3/20/2019) (Entered: 03/20/2019) |
| 04/03/2019 | Ï 70 | OPPOSITION/RESPONSE (re 69 MOTION to Strike *Defendant Symantec Corp.'s Fifth and Sixth Affirmative Defenses; Memorandum of Points and Authorities* ) filed bySymantec Corporation. (Attachments: # 1 Declaration of Robin L. Brewer ISO Opposition to Motion to Strike, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Proposed Order)(Shanberg, Stefani) (Filed on 4/3/2019) (Entered: 04/03/2019) |
| 04/10/2019 | Ï 71 | REPLY (re 69 MOTION to Strike *Defendant Symantec Corp.'s Fifth and Sixth Affirmative Defenses; Memorandum of Points and Authorities* ) *Plaintiff CUPP Cybersecurity, LLC and CUPP Computing AS' Reply in Support of its Motion to Strike Defendant Symantec Corp's Fifth and Sixth Affirmative Defenses; Memorandum of Points and Authorities* filed byCUPP Cybersecurity, LLC. (Andre, Paul) (Filed on 4/10/2019) (Entered: 04/10/2019) |

| 04/11/2019 | Ï 72 | CLERK'S NOTICE – Case Management Conference reset for 4/24/2019 02:00 PM in San Francisco, Courtroom 02, 17th Floor (to coincide with motion hearing). *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (jmdS, COURT STAFF) (Filed on 4/11/2019) (Entered: 04/11/2019) |
|---|---|---|
| 04/17/2019 | Ï 73 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Shanberg, Stefani) (Filed on 4/17/2019) (Entered: 04/17/2019) |
| 04/17/2019 | Ï 74 | STIPULATION and Proposed Order selecting Private ADR by Symantec Corporation filed by Symantec Corporation. (Shanberg, Stefani) (Filed on 4/17/2019) (Entered: 04/17/2019) |
| 04/17/2019 | Ï 75 | JOINT CASE MANAGEMENT STATEMENT filed by CUPP Computing AS, CUPP Cybersecurity, LLC. (Andre, Paul) (Filed on 4/17/2019) (Entered: 04/17/2019) |
| 04/24/2019 | Ï 76 | Certificate of Interested Entities by CUPP Cybersecurity, LLC identifying Other Affiliate CUPP Computing AS for CUPP Cybersecurity, LLC. (Kastens, Kristopher) (Filed on 4/24/2019) (Entered: 04/24/2019) |
| 04/24/2019 | Ï 77 | NOTICE of Pendency of Other Action Involving Same Patent by CUPP Computing AS, CUPP Cybersecurity, LLC (Kastens, Kristopher) (Filed on 4/24/2019) (Entered: 04/24/2019) |
| 04/24/2019 | Ï 78 | NOTICE of Appearance by Phuong Diem Nguyen (Nguyen, Phuong) (Filed on 4/24/2019) (Entered: 04/24/2019) |
| 04/24/2019 | Ï 79 | **Minute Entry for proceedings held before Judge William H. Orrick: Case Management Conference and hearing re 69 MOTION to Strike held on 4/24/2019. Tutorial Hearing set for 1/24/2020 10:00 AM and Claims Construction Hearing set for 1/31/2020 10:00 AM, both in San Francisco, Courtroom 02, 17th Floor.Total Time in Court: 10 minutes. Court Reporter: Marla Knox. (jmdS, COURT STAFF) (Date Filed: 4/24/2019) (Entered: 05/03/2019)** |
| 05/06/2019 | Ï 80 | TRANSCRIPT ORDER for proceedings held on 04/24/2019 before Judge William H. Orrick by CUPP Computing AS, CUPP Cybersecurity, LLC, for Court Reporter Marla Knox. (Kobialka, Lisa) (Filed on 5/6/2019) (Entered: 05/06/2019) |
| 05/06/2019 | Ï 81 | TRANSCRIPT ORDER for proceedings held on 04/24/2019 before Judge William H. Orrick by Symantec Corporation, for Court Reporter Marla Knox. (Shanberg, Stefani) (Filed on 5/6/2019) (Entered: 05/06/2019) |
| 05/15/2019 | Ï 82 | Transcript of Proceedings held on April 24, 2019, before Judge William H. Orrick. Court Reporter, Marla F. Knox, RPR, CRR, telephone number (602) 391–6990. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 8/13/2019. (mfk, COURT STAFF) (Filed on 5/15/2019) (Entered: 05/15/2019) |
| 05/15/2019 | Ï 83 | STIPULATION WITH PROPOSED ORDER *Extending Time to File Proposed Protective Order and Proposed ESI Order* filed by Symantec Corporation. (Brewer, Robin) (Filed on 5/15/2019) (Entered: 05/15/2019) |
| 05/16/2019 | Ï 84 | **Order by Judge William H. Orrick granting 74 Stipulation selecting Private ADR. (jmdS, COURT STAFF) (Filed on 5/16/2019) (Entered: 05/16/2019)** |
| 05/22/2019 | Ï 85 | STIPULATION WITH PROPOSED ORDER *Proposed Stipulated Protective Order* filed by CUPP Computing AS, CUPP Cybersecurity, LLC. (Kastens, Kristopher) (Filed on 5/22/2019) (Entered: 05/22/2019) |

| 05/22/2019 | Ï 86 | STIPULATION WITH PROPOSED ORDER *Extending Time to File Proposed Order Governing Discovery and Use of ESI* filed by CUPP Computing AS, CUPP Cybersecurity, LLC. (Kastens, Kristopher) (Filed on 5/22/2019) (Entered: 05/22/2019) |
|---|---|---|
| 05/23/2019 | Ï 87 | **ORDER EXTENDING TIME TO FILE A PROPOSED ORDER GOVERNING DISCOVERY AND USE OF ESI by Judge William H. Orrick granting 83 Stipulation. (jmdS, COURT STAFF) (Filed on 5/23/2019) (Entered: 05/23/2019)** |
| 05/23/2019 | Ï 88 | **Stipulated Protective Order by Judge William H. Orrick granting 85 Stipulation. (jmdS, COURT STAFF) (Filed on 5/23/2019) (Entered: 05/23/2019)** |
| 06/05/2019 | Ï 89 | STIPULATION WITH PROPOSED ORDER *Proposed Order Governing Discovery of Electronically Stored Information* filed by CUPP Computing AS, CUPP Cybersecurity, LLC. (Andre, Paul) (Filed on 6/5/2019) (Entered: 06/05/2019) |
| 06/06/2019 | Ï 90 | **ORDER GOVERNING DISCOVERY OF ELECTRONICALLY STORED INFORMATION by Judge William H. Orrick granting 89 Stipulation. (jmdS, COURT STAFF) (Filed on 6/6/2019) (Entered: 06/06/2019)** |
| 09/13/2019 | Ï 91 | STIPULATION WITH PROPOSED ORDER *to Stay Case Pending Resolution of Inter Partes Review Proceedings* filed by CUPP Computing AS, CUPP Cybersecurity, LLC. (Andre, Paul) (Filed on 9/13/2019) (Entered: 09/13/2019) |
| 09/18/2019 | Ï 92 | **Order to Stay Case by Judge William H. Orrick granting 91 Stipulation. (jmdS, COURT STAFF) (Filed on 9/18/2019) (Entered: 09/18/2019)** |
| 01/08/2020 | Ï 93 | NOTICE by Symantec Corporation, NortonLifeLock Inc. *Notice of Name Change* (Shanberg, Stefani) (Filed on 1/8/2020) (Entered: 01/08/2020) |
| 01/08/2020 | Ï 94 | Corporate Disclosure Statement by NortonLifeLock Inc. *Supplemental Corporate Disclosure Statement* (Shanberg, Stefani) (Filed on 1/8/2020) (Entered: 01/08/2020) |
| 09/30/2020 | Ï 95 | STATUS REPORT *Joint Status Report* by CUPP Computing AS, CUPP Cybersecurity, LLC. (Andre, Paul) (Filed on 9/30/2020) (Entered: 09/30/2020) |
| 10/13/2020 | Ï 96 | **ORDER MAINTAINING STAY re 95 Status Report. Signed by Judge William H. Orrick on 10/13/2020. The parties shall file a joint statement on the status of the case within 14 days of the final disposition by the Federal Circuit of all appeals referenced in the Joint Statement. (jmdS, COURT STAFF) (Filed on 10/13/2020) (Entered: 10/13/2020)** |
| 01/10/2022 | Ï 97 | **ORDER requiring Status Report. By February 11, 2022, the parties shall submit a Joint Status Report informing the Court as to the status of the IPR determinations on appeal to the Federal Circuit.** *(This is a text–only entry generated by the court. There is no document associated with this entry.)* **(wholc3, COURT STAFF) (Filed on 1/10/2022) (Entered: 01/10/2022)** |
| 02/11/2022 | Ï 98 | STATUS REPORT *Joint Status Report* by CUPP Computing AS, CUPP Cybersecurity, LLC. (Kastens, Kristopher) (Filed on 2/11/2022) (Entered: 02/11/2022) |
| 07/28/2022 | Ï 99 | NOTICE of Change of Address by Kristopher Benjamin Kastens (Kastens, Kristopher) (Filed on 7/28/2022) (Entered: 07/28/2022) |
| 07/28/2022 | Ï 100 | NOTICE of Change of Address by James R. Hannah (Hannah, James) (Filed on 7/28/2022) (Entered: 07/28/2022) |
| 07/28/2022 | Ï 101 | NOTICE of Change of Address by Lisa Kobialka (Kobialka, Lisa) (Filed on 7/28/2022) (Entered: 07/28/2022) |

| | | |
|---|---|---|
| 07/28/2022 | 102 | NOTICE of Change of Address by Paul J. Andre (Andre, Paul) (Filed on 7/28/2022) (Entered: 07/28/2022) |
| 09/22/2022 | 103 | **ORDER requiring Status Report. By October 11, 2022, the parties shall submit a Joint Status Report informing the Court as to the status of the IPR determinations on appeal to the Federal Circuit** *(This is a text−only entry generated by the court. There is no document associated with this entry.)* **(wholc3, COURT STAFF) (Filed on 9/22/2022) (Entered: 09/22/2022)** |
| 10/11/2022 | 104 | STATUS REPORT *Joint Status Report* by CUPP Computing AS, CUPP Cybersecurity, LLC. (Kastens, Kristopher) (Filed on 10/11/2022) (Entered: 10/11/2022) |
| 12/19/2022 | 105 | NOTICE of Change of Address by Stefani Elise Shanberg (Shanberg, Stefani) (Filed on 12/19/2022) (Entered: 12/19/2022) |
| 12/28/2022 | 106 | NOTICE by NortonLifeLock Inc. *of Withdrawal as Counsel of Record for Michael A. Jacobs* (Jacobs, Michael) (Filed on 12/28/2022) (Entered: 12/28/2022) |
| 03/16/2023 | 107 | CLERK'S NOTICE. By April 11, 2023, the parties shall submit a Joint Status Report informing the Court as to the status of the appeals to the Federal Circuit. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (wholc3, COURT STAFF) (Filed on 3/16/2023) (Entered: 03/16/2023) |
| 04/11/2023 | 108 | STATUS REPORT *Joint Status Report* by CUPP Computing AS, CUPP Cybersecurity, LLC. (Kastens, Kristopher) (Filed on 4/11/2023) (Entered: 04/11/2023) |
| 09/29/2023 | 109 | CLERK'S NOTICE. By October 13, 2023, the parties shall submit a Joint Status Report informing the Court as to the status of the PTAB proceedings.. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (wholc3, COURT STAFF) (Filed on 9/29/2023) (Entered: 09/29/2023) |
| 10/12/2023 | 110 | NOTICE by NortonLifeLock Inc. *Notice of Name Change* (Shanberg, Stefani) (Filed on 10/12/2023) (Entered: 10/12/2023) |
| 10/13/2023 | 111 | STATUS REPORT *Joint Status Report* by CUPP Computing AS, CUPP Cybersecurity, LLC. (Kastens, Kristopher) (Filed on 10/13/2023) (Entered: 10/13/2023) |
| 10/13/2023 | Ï | Set Deadlines/Hearings: Case Management Statement due by 10/31/2023. Further Case Management Conference set for 11/7/2023 02:00 PM in San Francisco, − Videoconference Only. (wholc3, COURT STAFF) (Filed on 10/13/2023) (Entered: 10/13/2023) |
| 10/13/2023 | 112 | **ORDER LIFTING STAYby Judge Orrick on 10/13/2023.** *(This is a text−only entry generated by the court. There is no document associated with this entry.)* **(wholc3, COURT STAFF) (Filed on 10/13/2023) (Entered: 10/13/2023)** |
| 10/31/2023 | 113 | STIPULATION WITH PROPOSED ORDER *Parties' Joint Stipulation and [Proposed] Order to Modify Schedule re: Case Management Conference* filed by CUPP Computing AS, CUPP Cybersecurity, LLC. (Kastens, Kristopher) (Filed on 10/31/2023) (Entered: 10/31/2023) |
| 11/01/2023 | 114 | **ORDER TO MODIFY SCHEDULE by Judge William H. Orrick granting 113 Stipulation. Case Management Conference continued to 11/28/2023 02:00 PM via Videoconference (Case Management Statement due by 11/21/2023). (jmd, COURT STAFF) (Filed on 11/1/2023) (Entered: 11/01/2023)** |
| 11/21/2023 | 115 | CASE MANAGEMENT STATEMENT filed by CUPP Computing AS, CUPP Cybersecurity, LLC. (Kastens, Kristopher) (Filed on 11/21/2023) (Entered: 11/21/2023) |
| 11/27/2023 | 116 | |

|  |  | CLERKS NOTICE RE ZOOM HEARING – The Case Management Conference set for 11/28/2023 at 2:00 p.m. will be held via Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/who<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (jmd, COURT STAFF) (Filed on 11/27/2023) (Entered: 11/27/2023) |
|---|---|---|
| 11/27/2023 | 117 | NOTICE of Appearance by Nathaniel Bryan Sabri *on behalf of Defendant Gen Digital Inc.* (Sabri, Nathaniel) (Filed on 11/27/2023) (Entered: 11/27/2023) |
| 11/28/2023 | 118 | **Minute Entry for proceedings held before Judge William H. Orrick: Case Management Conference held on 11/28/2023. Further Case Management Conference set for 12/19/2023 02:00 PM via Videoconference (Case Management Statement due by 12/12/2023). Total Time in Court: 6 minutes. Court Reporter: Megan Strawn. (jmd, COURT STAFF) (Date Filed: 11/28/2023) (Entered: 11/28/2023)** |
| 11/29/2023 | 119 | TRANSCRIPT ORDER for proceedings held on 11/28/2023 before Judge William H. Orrick by NortonLifeLock Inc., Symantec Corporation, for Court Reporter Megan Strawn. (Shanberg, Stefani) (Filed on 11/29/2023) (Entered: 11/29/2023) |
| 12/05/2023 | 120 | Transcript of Proceedings held on 11/28/2023, before Judge William H. Orrick. Court Reporter/Transcriber Megan E. Strawn, RPR, CRR, telephone number 307−232−2626. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Redaction Request due 12/26/2023. Redacted Transcript Deadline set for 1/5/2024. Release of Transcript Restriction set for 3/4/2024. (Strawn, Megan) (Filed on 12/5/2023) (Entered: 12/05/2023) |
| 12/12/2023 | 121 | CASE MANAGEMENT STATEMENT filed by CUPP Computing AS, CUPP Cybersecurity, LLC. (Kastens, Kristopher) (Filed on 12/12/2023) (Entered: 12/12/2023) |
| 12/12/2023 | 122 | CLERK'S NOTICE – Case Management Conference reset for 2/20/2024 02:00 PM via Videoconference. Case Management Statement due by 2/13/2024. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (jmd, COURT STAFF) (Filed on 12/12/2023) (Entered: 12/12/2023) |
| 02/12/2024 | 123 | MOTION to Transfer Case *to the District of Delaware* filed by CUPP Computing AS, CUPP Cybersecurity, LLC. Motion Hearing set for 3/27/2024 02:00 PM in San Francisco, − Videoconference Only before Judge William H. Orrick. Responses due by 2/26/2024. Replies due by 3/4/2024. (Attachments: # 1 Declaration of Kristopher Kastens, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Proposed Order)(Kastens, Kristopher) (Filed on 2/12/2024) (Entered: 02/12/2024) |
| 02/13/2024 | 124 | CASE MANAGEMENT STATEMENT filed by CUPP Computing AS, CUPP Cybersecurity, LLC. (Kastens, Kristopher) (Filed on 2/13/2024) (Entered: 02/13/2024) |
| 02/13/2024 | 125 | **ORDER GRANTING UNOPPOSED MOTION TO TRANSFER AND TRANSFERRING CASE to the District Court for the District of Delaware. Signed by Judge William H. Orrick** |

| | | |
|---|---|---|
| | | on 02/13/2024. (jmd, COURT STAFF) (Filed on 2/13/2024) (Entered: 02/13/2024) |
| 02/14/2024 | 126 | Remark: Sent case to ECFhelpdesk to be transferred to District of Delaware (ark, COURT STAFF) (Filed on 2/14/2024) (Entered: 02/14/2024) |