OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Randall Lohan
CLERK

Unit 18
844 North King Street
U.S. Courthouse
Wilmington, DE 19801
(302)573-6170
www.ded.uscourts.gov

February 15, 2024

TO:

| | |
|---|---|
| **Paul J. Andre, Esq.** | **Stefani Elise Shanberg, Esq.** |
| **Austin W Manes, Esq.** | **Nathaniel Bryan Sabri, Esq.** |
| **James R. Hannah, Esq.** | **Robin L. Brewer, Esq**. |
| **Kristopher B Kastens, Esq.** | Perkins Coie LLP |
| **Lisa Kobialka, Esq.** | 505 Howard Street, |
| Kramer Levin Naftalis & Frankel LLP | Suite 1000 |
| 333 Twin Dolphin Drive, Suite 700 | San Francisco, CA 94105 |
| Redwood Shores, CA 94065 | |
| | |
| **Paul Joseph Andre, Esq.** | **Robin Lynn Brewer, Esq.** |
| **Phuong Diem Nguyen, Esq.** | Morrison & Foerster LLP |
| Kramer Levin Naftalis & Frankel LLP | 32nd Floor |
| 990 Marsh Road | 425 Market Street |
| Menlo Park, CA 94025 | San Francisco, CA 94105 |

RE:   DE Case No.:  1:24-cv-00202-UNA
California Northern District Case No.: 3:19-cv-00298-WHO
CUPP Cybersecurity LLC et al v. Symantec Corporation

Dear Counsel:

The above referenced action was transferred to the U.S. District Court on 02/15/2024.

Pursuant to Local Rule 83.5 (Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, effective August 1, 2016) it is required that all parties associate themselves with local counsel.  Local Rule 83.5 (d) and (e) read as follows:

(d) Association with Delaware Counsel required. Unless otherwise ordered, an attorney not admitted to practice by the Supreme Court of the State of Delaware may not be admitted pro hac vice in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business ("Delaware counsel"). Consistent with CM/ECF Procedures, Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. Unless otherwise ordered, Delaware counsel shall attend proceedings before the Court.

(e) Time to Obtain Delaware Counsel.  A party not appearing *pro se* shall obtain representation by a member of the Bar of this Court or have its counsel associate with a member of the Bar of this Court in accordance with D. Del. LR 83.5(d) within 30 days after:
 (1)  The filing of the first paper filed on its behalf; or
 (2)   The filing of a case transferred or removed to this Court.

Failure to timely obtain representation shall subject the defaulting party to appropriate sanctions under D. Del. LR 1.3(a).

Please have your local counsel enter an appearance on or before 03/18/2024.

Sincerely,

Randall Lohan
Clerk of Court


By:  /s/ Joel Franco Morales
        Deputy Clerk