# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CUPP CYBERSECURITY, LLC, a Delaware Limited Liability Company, and CUPP COMPUTING AS, a Norwegian Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GEN DIGITAL INC. f/k/a NORTONLIFELOCK INC., a Delaware Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 24-202-CFC<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' DISCLOSURE PURSUANT TO THE COURT'S STANDING ORDER REGARDING THIRD-PARTY LITIGATION FUNDING ARRANGEMENTS

Plaintiffs CUPP Cybersecurity, LLC and CUPP Computing AS (collectively, "Plaintiffs") hereby submit this Disclosure pursuant to the Court's April 18, 2022 STANDING ORDER REGARDING THIRD-PARTY LITIGATION FUNDING ARRANGEMENTS.

Plaintiffs have arrangements with a Third-Party Funder. The identity, address, and place of formation of the Third-Party Funder are as follows:

**Name:** Longford Capital Fund II, LP

**Address:** C/O Longford Capital Management LP
35 West Wacker Drive, Suite 3700
Chicago, Illinois 60601

**Place of Formation**: Delaware

No approval from the Longford Capital Fund II, LP is necessary for litigation or settlement decisions in the action. Longford Capital Fund II, LP holds a non-recourse interest in proceeds from the above-captioned litigation and a collateral security interest in such proceeds. Longford Capital Fund II, LP has no rights to, or ownership interest in the

patents-in-suit.  Longford Capital Fund II, LP also has no right to control any party or any aspect of this litigation.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Paul J. Andre<br>Lisa Kobialka<br>James Hannah<br>Kristopher Kastens<br>KRAMER LEVIN NAFTALIS<br>& FRANKEL LLP<br>333 Twin Dolphin Road, Suite 700<br>Redwood Shores, CA 94065<br>(650) 752-1700<br><br>Dated: March 18, 2024<br>11383113 | By: */s/ Philip A. Rovner*<br>      Philip A. Rovner (#3215)<br>      Hercules Plaza<br>      P.O. Box 951<br>      Wilmington, DE  19899<br>      (302) 984-6000<br>      provner@potteranderson.com<br><br>*Attorneys for Plaintiffs*<br>*CUPP Cybersecurity, LLC*<br>*and CUPP Computing AS* |