IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CUPP CYBERSECURITY, LLC, a Delaware Limited Liability Company, and CUPP COMPUTING AS, a Norwegian Corporation, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 24-202-CFC |
| GEN DIGITAL INC. f/k/a NORTONLIFELOCK INC., a Delaware Corporation, | ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) ) | |

**PLAINTIFFS' DISCLOSURE PURSUANT TO THE COURT'S STANDING ORDER REGARDING DISCLOSURE STATEMENTS REQUIRED BY FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Plaintiffs CUPP Cybersecurity, LLC and CUPP Computing AS (collectively, "Plaintiffs") hereby submit this Disclosure pursuant to the Court's April 18, 2022 STANDING ORDER REGARDING DISCLOSURE STATEMENTS REQUIRED BY FEDERAL RULE OF CIVIL PROCEDURE 7.1.

CUPP Computing AS is the sole owner of CUPP Cybersecurity LLC. Christian Bryn, Erik Christoffersen, and Halvor Torson Svartdal are directors of CUPP Cybersecurity LLC. Plaintiff CUPP Computing AS has no parent corporation and has no public held affiliates. No public held company owns 5% or more of its stock.

The name of every owner, member, and partner of CUPP Cybersecurity LLC, proceeding up the chain of ownership until the name of every individual and corporation with a direct or indirect interest in the party: Christian Bryn, Erik Christoffersen, and Halvor Torson Svartdal.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Paul J. Andre<br>Lisa Kobialka<br>James Hannah<br>Kristopher Kastens<br>KRAMER LEVIN NAFTALIS<br>& FRANKEL LLP<br>333 Twin Dolphin Road, Suite 700<br>Redwood Shores, CA 94065<br>(650) 752-1700<br><br>Dated: March 18, 2024<br>11383121 | By: /s/ Philip A. Rovner<br>    Philip A. Rovner (#3215)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE  19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br><br>*Attorneys for Plaintiffs*<br>*CUPP Cybersecurity, LLC*<br>*and CUPP Computing AS* |