IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CUPP CYBERSECURITY, LLC, a Delaware Limited Liability Company, and CUPP COMPUTING AS, a Norwegian Corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 24-202-JLH |
| v. | ) ) | |
| GEN DIGITAL INC. f/k/a NORTONLIFELOCK INC., a Delaware Corporation, | ) ) ) ) | |
| Defendant. | ) | |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 81.2**

Pursuant to D. Del. LR 81.2, the parties jointly submit this status report:

1. This case was initially filed in the Northern District of Texas and subsequently transferred to the Northern District of California. Plaintiffs subsequently filed an unopposed motion to transfer to the District of Delaware which was granted on February 15, 2024.

2. There are no pending matters that require judicial attention.

3. Plaintiffs respectfully request that the Court hold a status conference to address further scheduling issues, including entry of a case scheduling order.

Dated: April 11, 2024

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
| By: */s/ Philip A. Rovner*<br>    Philip A. Rovner (#3215)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE  19899<br>    (302) 984-6000<br>    provner@potteranderson.com | By: */s/ Karen E. Keller*<br>    Karen E. Keller (# 4489)<br>    I.M. Pei Building<br>    1105 North Market Street, 12th Floor<br>    Wilmington, DE 19801<br>    (302) 298-0700<br>    kkeller@shawkeller.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |