# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CUPP CYBERSECURITY, LLC, a Delaware Limited Liability Company, and CUPP COMPUTING AS, a Norwegian Corporation, <br><br> Plaintiffs, <br> v. <br><br> GEN DIGITAL INC. f/k/a NORTONLIFELOCK INC., a Delaware Corporation, <br><br> Defendant. | C.A. No. 24-202-CJB |

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline to submit a proposed scheduling order, currently due July 12, 2024, is further extended to July 19, 2024. The parties have continued to discuss a possible resolution in good faith and agree that it would be beneficial to complete those discussions before finalizing an agreed upon proposed schedule, should the discussions not resolve the matter.

Dated: July 12, 2024.

POTTER ANDERSON & CORROON LLP          SHAW KELLER LLP

By: */s/ Philip A. Rovner*                By: */s/ Karen E. Keller*
    Philip A. Rovner (#3215)                    Karen E. Keller (No. 4489)
    Hercules Plaza                                     I.M. Pei Building
    P.O. Box 951                                       1105 North Market Street, 12th Floor
    Wilmington, DE 19899                        Wilmington, DE 19801
    (302) 984-6000                                    (302) 298-0700
    provner@potteranderson.com            kkeller@shawkeller.com

*Attorneys for Plaintiffs CUPP Cybersecurity LLC and CUPP Computing AS*

*Attorneys for Defendant Gen Digital Inc. f/k/a NortonLifeLock Inc.*

SO ORDERED this _____ day of _____, 2024.

                                                  The Honorable Christopher J. Burke