IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CUPP CYBERSECURITY, LLC, a Delaware Limited Liability Company, and CUPP COMPUTING AS, a Norwegian Corporation, )<br><br>Plaintiff, )<br><br>v. )<br><br>GEN DIGITAL INC. f/k/a NORTONLIFELOCK INC., a Delaware Corporation, )<br><br>Defendant. ) | Case No. 1:24-cv-00202-CJB |

**JOINT STATUS REPORT**

Plaintiffs CUPP Cybersecurity, LLC, and CUPP Computing AS and Defendant Gen Digital Inc f/k/a NortonLifeLock Inc., (together, the "Parties"), submit this Joint Status Report pursuant to the Court's Order on July 19, 2024 (D.I. 149).

The Parties have been working diligently to resolve this matter and have reached a settlement in principle with a signed Memorandum of Understanding. The Parties respectfully request the Court stay this case for an additional 60 days to allow the Parties to finalize the formal settlement agreement.

Dated:  July 26, 2024

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
| By: */s/ Philip A. Rovner*<br>    Philip A. Rovner (#3215)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE  19899<br>    (302) 984-6000<br>    provner@potteranderson.com | By: */s/ Karen E. Keller*<br>    Karen E. Keller (No. 4489)<br>    I.M. Pei Building<br>    1105 North Market Street, 12th Floor<br>    Wilmington, DE 19801<br>    (302) 298-0700<br>    kkeller@shawkeller.com |
| *Attorneys for Plaintiffs CUPP Cybersecurity LLC and CUPP Computing AS* | *Attorneys for Defendant Gen Digital Inc. f/k/a NortonLifeLock Inc.* |

2