# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CUPP CYBERSECURITY, LLC,<br>a Delaware Limited Liability Company,<br>and CUPP COMPUTING AS,<br>a Norwegian Corporation,<br><br>        Plaintiffs,<br>  v.<br><br>GEN DIGITAL INC. f/k/a<br>NORTONLIFELOCK INC.,<br>a Delaware Corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 24-202-CJB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND [PROPOSED] ORDER TO MAINTAIN STAY AND FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the currently in place stay be maintained and that the deadline to submit a proposed scheduling order due September 23, 2024 be extended for 30 days until October 23, 2024. The parties are formalizing a settlement agreement and agree on all key terms. However, the parties require additional time to finalize the agreement because of the complexity of the settlement agreement and the time required to coordinate with multiple international parties. The parties have made significant progress in preparing the final settlement agreement and will continue to work diligently to finalize the agreement before the end of this extension. The parties believe that this is the final extension that will be necessary to finalize the settlement agreement.

- 2 -

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
| By: */s/ Philip A. Rovner*<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6000<br>provner@potteranderson.com | By: */s/ Karen E. Keller*<br>Karen E. Keller (No. 4489)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com |
| *Attorneys for Plaintiffs CUPP Cybersecurity LLC and CUPP Computing AS* | *Attorneys for Defendant Gen Digital Inc. f/k/a NortonLifeLock Inc.* |

Dated:  September 23, 2024.

SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Christopher J. Burke