IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CUPP CYBERSECURITY, LLC, a Delaware Limited Liability Company, and CUPP COMPUTING AS, a Norwegian Corporation,<br><br>        Plaintiffs,<br><br>        v.<br><br>GEN DIGITAL INC. f/k/a NORTONLIFELOCK INC., a Delaware Corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Case No. 1:24-cv-00202-CJB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND [PROPOSED] ORDER TO
## MAINTAIN STAY AND FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the currently in place stay be maintained and that the deadline to submit a proposed scheduling order due October 23, 2024 be extended to December 2, 2024.  The parties have executed a binding settlement agreement on October 22, 2024, and according to the terms of the agreement the case will be dismissed within the next 35 days.

Dated:  October 22, 2024.

POTTER ANDERSON & CORROON LLP

By:  */s/ Philip A. Rovner*
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE  19899
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Plaintiffs CUPP Cybersecurity LLC and CUPP Computing AS*

SHAW KELLER LLP

By:  */s/ Karen E. Keller*
    Karen E. Keller (No. 4489)
    I.M. Pei Building
    1105 North Market Street, 12th Floor
    Wilmington, DE 19801
    (302) 298-0700
    kkeller@shawkeller.com

*Attorneys for Defendant Gen Digital Inc. f/k/a NortonLifeLock Inc.*

SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Christopher J. Burke

11840294