## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CUPP CYBERSECURITY, LLC, a Delaware Limited Liability Company, and CUPP COMPUTING AS, a Norwegian Corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>GEN DIGITAL INC. f/k/a NORTONLIFELOCK INC., a Delaware Corporation,<br><br>        Defendant. | Case No. 1:24-cv-00202-CJB |

**<u>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE</u>**

WHEREAS, Plaintiffs CUPP Cybersecurity, LLC and CUPP Computing AS (collectively "CUPP") and Defendant Gen Digital Inc. ("Gen") have entered into a Settlement Agreement resolving all claims asserted by CUPP in the above-captioned action;

NOW THEREFORE, CUPP and Gen hereby stipulate, by and through their respective counsel, as follows:

1. The claims asserted by CUPP are dismissed with prejudice pursuant to Rule of Civil Procedure 41(a); and

2. Each party will bear its own costs, expenses and attorneys' fees.

DATED: November 25, 2024

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Paul J. Andre (*pro hac vice*)<br>Lisa Kobialka (*pro hac vice*)<br>James Hannah (*pro hac vice*)<br>Kristopher Kastens (*pro hac vice*)<br>Linjun Xu (*pro hac vice*)<br>KRAMER LEVIN NAFTALIS<br> & FRANKEL LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>(650) 752-1700<br>pandre@kramerlevin.com<br>lkobialka@kramerlevin.com<br>jhannah@kramerlevin.com<br>kkastens@kramerlevin.com<br>lxu@ kramerlevin.com | By: */s/ Philip A. Rovner*<br>    Philip A. Rovner (#3215)<br>    Nicole K. Pedi (#6236)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br>    npedi@potteranderson.com<br><br>*Attorneys for Plaintiffs*<br>*CUPP Cybersecurity, LLC and*<br>*CUPP Computing AS* |
| OF COUNSEL: | SHAW KELLER LLP |
| Stefani Shanberg<br>Nathan B. Sabri<br>Robin L. Brewer<br>PERKINS COIE LLP<br>505 Howard Street<br>San Francisco, California 94105<br>(415) 344-7000<br>sshanberg@perkinscoie.com<br>nsabri@perkinscoie.com<br>rbrewer@perkinscoie.com | By: */s/ Karen E. Keller*<br>    Karen E. Keller<br>    1105 N. Market St., 12th Floor<br>    Wilmington, DE 19801<br>    (302) 298-0700<br>    kkeller@shawkeller.com<br><br>*Attorneys for Defendant*<br>*Gen Digital Inc. f/k/a Nortonlifelock Inc.* |

SO ORDERED this \_\_\_\_\_ day of November, 2024.

_____
The Honorable Christopher J. Burke

11896682

2